JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR14-221-JLR |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER GRANTING MOTION TO SEAL EXHIBIT TO DISPOSITION MEMORANDUM |
| CHRISTOPHER M. HARRIS, | |
| Defendant. | |

THIS MATTER has come before the undersigned on Christopher Harris's motion to file Exhibit 1 to his Disposition Memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit 1 be filed under seal.

DATED this 2nd day of May 2023.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colleen P. Fitzharris*
Assistant Federal Public Defender
Attorney for Christopher M. Harris

ORDER TO SEAL EXHIBIT
(*U.S. v. Harris*, CR14-221-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100